UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| | : | |
| v. | : | Crim. No. 23-cr-00431 |
| | : | |
| MARTIN J. TORRES | : | **AMENDED SCHEDULING ORDER** |

This matter having been opened to the Court on the motion of the United States of America (Philip R. Sellinger, United States Attorney, by Chelsea D. Coleman, Assistant U.S. Attorney) for an order amending the Scheduling Order entered by the Court on June 20, 2023; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the United States having already provided discovery to defendant Martin J. Torres, through predecessor counsel on or about July 7, 2023, and through present counsel on or about November 1, 2023; and for good cause shown,

It is on this 28th day of November, 2023, ORDERED that:

1. The following shall be the schedule for pretrial motions in this matter:

    a. The defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **January 4, 2024**;

    b. The Government shall file any response to the defendant's pretrial motions on or before **January 18, 2024**;

    c. The defendant shall file any reply on or before **February 1, 2024**;

    d. Oral argument on pretrial motions shall be held on a date and time set by the Court.

2. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

_____
Honorable Michael A. Shipp
United States District Judge